# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ERNEST ALONSO-PRIETO, | CASE NO.   1:11-cv-24-MJS (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO AMEND |
| v. | (ECF No. 6) |
| B. PIERCE, et al., | PLAINTIFF'S AMENDED COMPLAINT DUE APRIL 30, 2011 |
| Defendants. | |
| _____/ | |

Plaintiff Raul Ernest Alonso-Prieto ("Plaintiff") is a federal prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971). Plaintiff filed his initial complaint on January 6, 2011 alleging violations of his Eighth Amendment right to adequate medical care. The Court has yet to screen Plaintiff's Complaint or order service.

Before the Court is Plaintiff's February 25, 2011 Motion for Leave to Supplement the Complaint Add New Issues that Stems from the Violations. (ECF No. 6.) Plaintiff seeks to add additional facts to his Complaint that further explain the harm Defendants' actions have caused.

The Federal Rules of Civil Procedure state that leave to amend shall be freely given. Fed. R. Civ. P. 15(a)(2).  Thus, Plaintiff's Motion for Leave to Supplement is GRANTED. However, the Court will not simply add the allegations contained in the instant Motion to Plaintiff's original Complaint.  Plaintiff must file an amended complaint that includes <u>all</u> of the facts that make up his claim.  As a general rule, an amended complaint supersedes the original complaint.  <u>See</u> <u>Loux v. Rhay</u>, 375 F.2d 55, 57 (9th Cir. 1967).  Once an amended complaint is filed, the original complaint no longer serves any function in the case.  The Court will not refer to or consider any matter in the original complaint.  Therefore, in an amended complaint, each claim and the involvement of each defendant must be sufficiently alleged.  The amended complaint should be clearly and boldly titled "Amended Complaint," refer to the appropriate case number, and be an original signed under penalty of perjury.  Plaintiff shall file his amended complaint not later than **April 30, 2011. Failure to comply with this deadline may result in dismissal of this action.**

IT IS SO ORDERED.

Dated:   March 7, 2011           /s/ *Michael J. Seng*
                                 UNITED STATES MAGISTRATE JUDGE