# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ERNEST ALONSO-PRIETO, | Case No. 1:11-cv-00024-AWI-MJS (PC) |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |
| v. | |
| B. PIERCE, et al., | **(ECF No. 51)** |
| Defendants. | **Discovery Cut−Off Date−03/10/2014**<br>**Dispositive Motion Deadline−05/19/2014** |

Plaintiff Raul Ernest Alonso-Prieto is a former federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971). This matter proceeds on the SECOND amended complaint excessive force claim against Defendant Pierce. (ECF No. 25.) The discovery deadline is December 16, 2013 and the dispositive motion deadline is February 24, 2014. (ECF No. 30.)

Before the Court is Plaintiff's motion seeking a forty-five (45) day extension of time for discovery. (ECF No. 51.)

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion for extension of time (ECF

1

No. 51) be GRANTED such that the Discovery and Scheduling Order (ECF No. 30) is modified to provide a discovery cut-off of March 10, 2014 and a dispositive motion deadline of May 19, 2014.

IT IS SO ORDERED.

Dated:   January 10, 2014                    /s/ *Michael J. Seng*
                                                        UNITED STATES MAGISTRATE JUDGE