# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ERNEST ALONSO-PRIETO,<br><br>             Plaintiff,<br><br>      v.<br><br>B. PIERCE, et al.,<br><br>             Defendants. | Case No. 1:11-cv-00024-AWI-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S DISCOVERY MOTION**<br><br>**(ECF No. 54)** |

Plaintiff Raul Ernest Alonso-Prieto is a former federal prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388, 91 S.Ct. 1999 (1971). This matter proceeds on Plaintiff's Second Amended Complaint excessive force claim against Defendant Pierce.

Before the Court is Plaintiff's Motion Modifying Discovery (*sic*) (ECF No. 54) in which he purports to file discovery requests directed to Defendant.

Plaintiff has been instructed that discovery requests are to be served on parties, not the Court. (ECF No. 30.) The Court is not a repository for discovery requests. In any event, the Court cannot determine from the motion what relief Plaintiff might seek or the legal basis for seeking it.  Discovery disputes are to be brought by motion filed in accordance with all pertinent rules including Rules 5, 7, 11, 26, and 37 of the Federal Rules of Civil

1

Procedure and Rules 110, 130, 131, 133, 135, 142, 144, and 230(*l*) of the Local Rules of Practice for the United States District Court, Eastern District of California. (See ECF No. 30.)

For the reasons stated, Plaintiff's Motion Modifying Discovery (ECF No. 54) is DENIED.

IT IS SO ORDERED.

Dated:    January 30, 2014               /s/ *Michael J. Seng*
                                                                             UNITED STATES MAGISTRATE JUDGE