# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ERNEST ALONSO-PRIETO,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. PIERCE, et al.,<br><br>　　　　Defendants. | **NEW CASE NO. 1:11-cv-00024-MJS (PC)**<br><br>**ORDER ASSIGNING CASE RE: PRESIDING JUDGE**<br><br>**Old Case No. 1:11-cv-00024-AWI-MJS** |

　　　IT IS HEREBY ORDERED that the above entitled action be assigned to the docket of Magistrate Judge MICHAEL J. SENG as Presiding Judge of the above entitled action. Plaintiff and Defendant filed their consents on June 12, 2014 and June 4, 2014 respectively under Title 28, U.S.C. Sec. 636 (c)(1) to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:11-CV-00024-MJS

IT IS SO ORDERED.

Dated:　July 23, 2014　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

1